***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

Argued and submitted November 22, affirmed December 29, 2022, petition for review denied March 30, 2023 (370 Or 827)

Annunziata GOULD,
*Petitioner,*
*and*

Paul J. LIPSCOMB
and Central Oregon LandWatch,
*Intervenors-Petitioners below,*

*v.*

DESCHUTES COUNTY,
Central Land and Cattle Company, LLC,
and Kameron Delashmutt,
*Respondents.*

Land Use Board of Appeals
2022025; A179620

Jennifer M. Bragar argued the cause and filed the brief for petitioner.

J. Kenneth Katzaroff argued the cause for respondents Central Land and Cattle Company, LLC, and Kameron DeLashmutt. Also on the brief was Schwabe, Williamson & Wyatt, P.C.

No appearance for respondent Deschutes County.

Before Tookey, Presiding Judge, and Kamins, Judge, and DeVore, Senior Judge.

PER CURIAM

Affirmed. *Gould v. Deschutes County*, 322 Or App 11, 518 P3d 978 (2022).